# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                        CASE NO. 4:14cv672-RH/GRJ

KATHLEEN KIRWIN et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11, and the objections, ECF No. 12. I have reviewed *de novo* the issues raised by the objections.

The recommendation is that the case be dismissed. A plaintiff may be entitled to notice and an opportunity to be heard prior to a dismissal on the court's own motion in circumstances like these. *See, e.g., Am. United Life Ins. Co. v. Martinez*, 480 F.3d 1043, 1069 (11th Cir. 2007); *Danow v. Borack*, 197 F. App'x 853, 856, 2006 WL 2671928, at *3 (11th Cir. 2006) (unpublished); *see also Jefferson Fourteenth Associates v. Wometco de Puerto Rico, Inc.*, 695 F.2d 524

(11th Cir. 1983).   Here the report and recommendation gave the plaintiff adequate notice, and he had an opportunity to respond—and did respond—by filing objections.

Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)."  The clerk must close the file.

SO ORDERED on May 16, 2015.

> s/Robert L. Hinkle
> United States District Judge